IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angelina Delilah McLaughlin, ) | No. CV 08-282 TUC FRZ |
| Plaintiff, ) | **ORDER** |
| v. ) | |
| Michael J. Astrue, Commissioner of Social Security, ) | |
| Defendant. ) | |

The Court, having made an independent review of the record herein, and there being no objection,

IT IS ORDERED that the Report and Recommendation [Doc. #11] is hereby ACCEPTED and ADOPTED as the findings of fact and conclusions of law;

IT IS FURTHER ORDERED that Defendant's Motion to Dismiss [Doc. #9] is GRANTED and that this case is dismissed without prejudice for lack of jurisdiction pursuant to Rule 12(b)(1), Fed.R.Civ.P.  Judgment shall be entered accordingly.

DATED this 21st day of May, 2009.

FRANK R. ZAPATA
United States District Judge